MN-305

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

Johnna A. Coffing                             Case No. 05-35193
                                              Chapter 7

                        Debtor.

**UNCLAIMED DIVIDENDS/DISTRIBUTION LESS**
**THAN $5.00 FOR DEPOSIT TO REGISTRY FUND**

Please Check One:

☒   Unclaimed Dividends

☐   Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PED PLUS<br>11806 ABERDEEN ST NE STE 170<br>BLAINE, MN 55449 | 1 | 107.91 | 25.72 |
| MIDWEST VERIZON WIRELESS<br>AFNI/VERIZON WIRELESS, 404 BROCK DR<br>BLOOMINGTON, IL 61701 | 6 | 138.50 | 33.01 |
|  |  |  |  |

Date:   May 17, 2010

_____
Patti J. Sullivan, Trustee

DISTRIBUTION:
    Original to Clerk of Court